IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Pine Bluff Division

| | | |
|---|---|---|
| KARL ROBERTS, | ) | Case No. 5:04cv00004 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LARRY NORRIS, Director of the | ) | |
| Arkansas Department of Correction, | ) | |
| | ) | |
| Respondent. | ) | |

In response to my previous memorandum and order (filing 39), Petitioner, after consultation with Respondent, has filed a status report (filing 40). In such report, Petition asks the court to establish a schedule for the parties to brief the issue of whether this case should be stayed and abeyed pending exhaustion of state court remedies, as requested by Petitioner in a reply filed on March 25, 2005 (filing 35). Petitioner represents that Respondent agrees that the stay-and-abeyance issue should be briefed at this time.

Upon consideration of the status report, I conclude that Petitioner's unopposed request for the establishment of a briefing schedule should be granted, and that the schedule proposed by Petitioner should be adopted.[1] Accordingly,

IT IS ORDERED that:

1. On or before September 4, 2007, Petitioner shall file a brief discussing whether this case should be stayed and abeyed pending exhaustion of his state court remedies;

---

[1] I thank the parties for their cooperation and assistance in this matter.

2. On or before November 5, 2007, Respondent shall file a responsive brief addressing the stay-and-abeyance issue;

3. On or before December 5, 2007, Petitioner may file a reply brief; and

4. Petitioner's request for the issuance of a stay-and-abeyance order shall be ripe for determination on December 6, 2007.

June 4, 2007.                                    BY THE COURT:

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge