IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Pine Bluff Division

| | | |
|---|---|---|
| KARL ROBERTS, | ) | Case No. 5:04cv00004 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LARRY NORRIS, Director of the | ) | |
| Arkansas Department of Correction, | ) | |
| | ) | |
| Respondent. | ) | |

It appears that Respondent filed a status report with the clerk of the court on June 1, 2007, using non-electronic means. However, the filing was not docketed by the clerk until three days later, on June 4, 2007, at 2:37 p.m., which is the first notice that I had of the filing. To avoid similar delays in the future,

IT IS ORDERED that all filings in this matter shall be filed by electronic means only.

June 4, 2007.                                    BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge