IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Pine Bluff Division

| | | |
|---|---|---|
| KARL ROBERTS, | ) | Case No. 5:04cv00004 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | |
| LARRY NORRIS, Director of the | ) | |
| Arkansas Department of Correction, | ) | |
| | ) | |
| Respondent. | ) | |

     I initiated a telephone conference call today with counsel to discuss the parties' recently filed status reports (filings 40, 41). Participating in the call were Julie Brain of the Federal Public Defender's Office (for Petitioner) and Brent Gasper and Kelly Hill of the Arkansas Attorney General's Office (for Respondent).

     During this conference call I was advised that Respondent has no objection to the briefing order that was issued on June 4, 2007 (filing 42), prior to my receipt of Respondent's status report. The parties are also in agreement that there is nothing further to be done in the case at this time.[1]

June 5, 2007.                                        BY THE COURT:

                                                                  s/ *Richard G. Kopf*
                                                                   United States District Judge

---

     [1] However, the Federal Public Defender is investigating, and will advise the court and opposing counsel in due course, whether copies of certain witness and juror statements will be produced voluntarily.