IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Pine Bluff Division

| | | |
|---|---|---|
| KARL ROBERTS, | ) | Case No. 5:04CV00004 |
| | ) | |
| Petitioner, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| LARRY NORRIS, Director of the | ) | |
| Arkansas Department of Correction, | ) | |
| | ) | |
| Respondent. | ) | |

On December 9, 2011, I consulted with counsel by telephone regarding case progression. After being advised by the parties,

IT IS ORDERED that:

1. The court's "stay and abey" order entered on December 13, 2007 (filing 56), is unchanged and will remain in full force and effect.

2. The court's December 19, 2007 order requiring Petitioner's counsel to file written status reports (filing 57) will also remain in full force and effect, except that the reports will be filed on the first business day of each month, beginning January 3, 2012, rather than every 30 days.

December 12, 2011.                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge