<u>THIS IS A CAPITAL CASE</u>

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| KARL ROBERTS, | ) | |
| | ) | |
| Petitioner, | ) | 5:04CV0004-RGK |
| | ) | |
| v. | ) | |
| | ) | |
| WENDY KELLEY, Director, | ) | ORDER |
| Arkansas Department of Correction, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Motion to Terminate or Withdraw Counsel (filing no. 222) is granted. The Clerk of Court shall terminate Mr. Eddy, Ms. Horan and Ms. Brain's involvement in this case, and delete them from any future PACER/ECF notifications herein.

DATED this 5th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge