<u>THIS IS A CAPITAL CASE</u>

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| KARL ROBERTS, | ) | |
| | ) | |
| Petitioner, | ) | 5:04CV0004-RGK |
| | ) | |
| v. | ) | |
| | ) | |
| WENDY KELLEY, Director, | ) | ORDER |
| Arkansas Department of Correction, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Michael A. Hylden's Motion to Withdraw as Attorney of Record (filing no. 226) is granted. The Clerk of Court shall terminate Mr. Hylden's involvement in this case, and delete him from any future PACER/ECF notifications herein.

DATED this 7th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge