***THIS IS A CAPITAL CASE***

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| KARL ROBERTS,<br><br>   Petitioner,<br><br>vs.<br><br>DEXTER PAYNE, Director,<br>Arkansas Division of Correction,<br><br>   Respondent. | NO. 5:04CV0004-RGK<br><br>ORDER |

IT IS ORDERED that:

(1) Petitioner's unopposed motion for extension of time to file state-court record, Filing no. 235, is granted. The state-court record shall be filed on or before May 18, 2020.

(2) The state-court record must be filed electronically on CM/ECF, along with an index of evidence. Even though a particular document in the state-court record may have been filed before, the submission of the state-court record shall include ALL documents whether previously submitted or not.

(3) The index of evidence to the state-court record shall show the beginning page of EACH document by reference to the PDF header in CM/EF. If possible, the index of evidence shall also have hyperlinks to the beginning page of each document in the state-court record.

Dated this 16th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge