**\*\*\*THIS IS A CAPITAL CASE\*\*\***

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

KARL ROBERTS                                                **PETITIONER**

v.                            **No. 5:04CV0004-RGK**

DEXTER PAYNE, Director,
Arkansas Division of Correction,                    **RESPONDENT**

### Order

IT IS ORDERED that Petitioner's Unopposed Motion to File Part of the State-Court Record Under Seal (ECF No. 240) is granted.

Dated this 1st day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

1