***THIS IS A CAPITAL CASE***
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

KARL ROBERTS,

                  Petitioner,

    vs.

LARRY NORRIS, Director,
Arkansas Department of Correction,[1]

                  Respondent.

**NO. 5:04CV0004-RGK**

**ORDER**

Upon consent of counsel for the parties,

IT IS ORDERED that:

(1)     Petitioner shall file an amended petition and a supporting brief no later than 90 days from the date of this order.

(2)     Respondent shall file an answer and responsive brief no later than 60 days from Petitioner's filing of his amended petition and supporting brief.

(3)     Petitioner shall file a reply brief no later than 30 days from Respondent's answer and brief.

(4)     Petitioner's monthly status reports are no longer required.

Dated this 10th day of June, 2020.

                  BY THE COURT:

                  *Richard G. Kopf*
                  Richard G. Kopf
                  Senior United States District Judge

---

[1] I understand that Dexter Payne is now the Director. I suggest that the Respondent clarify on the record who is the proper party by submitting a notice to be filed on CM/ECF.