Case: 3:20cv98

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

McKinley Williams #089656
CRAIGHEAD COUNTY DETENTION FACILITY
901 Willett Road
Jonesboro, AR 72401

---

STATES DISTRICT COURT
CLERK'S OFFICE
JTH MAIN STREET ROOM 312
BORO, ARKANSAS 72401
OFFICIAL BUSINESS

MEMPHIS
TN 380
23 JUN '20
PM 3 L

RETURN TO SENDER

NEOPOST
06/23/2020
US POSTAGE $000.65
FIRST-CLASS M
ZIP 72401
041L104069

Not in Jail

1-25-20

NIXIE   381   DE 1   0006/29/20
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

REF 72401-895001
BC: 72401288899   *0747-06676-23-42