***THIS IS A CAPITAL CASE***
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| KARL ROBERTS,<br><br>        Petitioner,<br><br>vs.<br><br>LARRY NORRIS, Director,<br>Arkansas Department of Correction,<br><br>        Respondent. | NO. 5:04CV00004-RGK<br><br><br>**MEMORANDUM<br>AND ORDER** |

On August 7, 2020, the undersigned received a personal letter from Petitioner, which has been filed under seal as Filing No. 251. The letter is ambiguous, but could be construed as a request by Petitioner to withdraw his federal petition for a writ of habeas corpus.

The court today held a telephone conference with counsel for Petitioner and counsel for Respondent to discuss Filing No. 251, and possible courses of action. After much fruitful discussion, it was agreed by the parties and determined by the court that because the letter does not clearly indicate a desire by Petitioner to withdraw his habeas petition, and because Petitioner previously was found not competent to waive postconviction review in state court, see *Roberts v. State*, 2016 Ark. 118, 8, 488 S.W.3d 524, 529 (2016), the court should take no further action on Filing No. 251.

Accordingly,

IT IS ORDERED:

1.    The court will take no further action on Filing No. 251.

2.      The clerk of the court shall send a copy of this Memorandum and Order to Petitioner personally, at the return address shown on the mailing envelope to Filing No. 251.

Dated this 21st day of August, 2020.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge