***THIS IS A CAPITAL CASE***

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

KARL ROBERTS,

                Petitioner,

    vs.

LARRY NORRIS, Director,
Arkansas Department of Correction,

                Respondent.

**NO. 5:04CV0004-RGK**

**ORDER**

IT IS ORDERED that:

(1)    Petitioner's Unopposed Motion for Extension of Time (Filing 253) is granted.

(2)    Petitioner shall file an amended petition and a supporting brief no later than October 8, 2020.

(3)    Respondent shall file an answer and responsive brief no later than December 7, 2020.

(4)    Petitioner shall file a reply brief no later than January 6, 2021.

Dated this 31st day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge