***THIS IS A CAPITAL CASE***
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| KARL ROBERTS, <br><br>   Petitioner, <br><br> vs. <br><br> LARRY NORRIS, Director, <br> Arkansas Department of Correction, <br><br>   Respondent. | NO. 5:04CV0004-RGK <br><br><br> ORDER |

After careful consideration, and for the reasons previously enumerated,

IT IS ORDERED that Petitioner Roberts' requests (Filings 257 and 258) to proceed pro se and to withdraw his habeas action are denied. The Clerk shall provide copies of Filings 257 and 258 and this order to counsel of record and Mr. Roberts.

Dated this 28th day of September, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge