***THIS IS A CAPITAL CASE***
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| KARL DOUGLAS ROBERTS,<br><br>   Petitioner,<br><br>vs.<br><br>DEXTER PAYNE, Director,<br>Arkansas Division of Correction<br>(originally named as Larry Norris),<br><br>   Respondent. | **NO. 5:04CV0004-RGK**<br><br>**JUDGMENT** |

Judgment in favor of Respondent and against Petitioner is granted as follows:

1. The amended habeas corpus petition (and all earlier such petitions) are denied with prejudice.

2. A certificate of appealability is granted for the first two claims and they are:

 Claim 1: Roberts is intellectually disabled.

 Claim 2: Roberts was not competent to be tried.

3. A certificate of appealability is denied for all other claims.

September 20, 2021.        BY THE COURT:

                  *Richard G. Kopf*
                  Richard G. Kopf
                  Senior United States District Judge